583

for the Second Circuit granted. *Mr. Graham Sumner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. John Henry McEvers, J. P. Jackson,* and *Paul D. Miller* for respondent.

No. 166. JOHNSON & HIGGINS OF CALIFORNIA *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Cletus Keating* and *Richard L. Sullivan* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Charles F. Kincheloe, J. Frank Staley,* and *Wm. H. Riley, Jr.,* for the United States.

No. 182. PINELLAS ICE & COLD STORAGE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Albert L. Hopkins, Jay C. Halls,* and *Harry B. Sutter* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Francis H. Horan* for respondent.

No. 191. UNITED STATES *v.* ARZNER. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Thacher* for the United States. *Messrs. Samuel H. Williams* and *Stephen F. Chadwick* for respondent.

No. 192. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* ALUMINUM GOODS MANUFACTURING CO. October